UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL K. PERKINS and KATHIE W. PERKINS, individually and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>PNS STORES, INC., a foreign corporation, d/b/a BIG LOTS! and PIC'N'SAVE #4424; BIG LOTS STORES, INC., a foreign corporation, d/b/a BIG LOTS!; and ARGO RENTON, LLC, a foreign limited liability company,<br><br>Defendants. | No. 2:20-cv-00529-JLR-DWC<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES |

**ORDER**

This matter having come before the above-entitled Court on the parties' Stipulated Motion to Extend Expert Disclosure and Discovery Deadline, and the Court having reviewed and considered the parties' Stipulated Motion, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The parties' Stipulated Motion to Extend Expert Disclosure and Discovery Deadlines is GRANTED.

2. The deadline for disclosure of expert testimony under FRCP 26(a)(2) is July 9, 2021.

ORDER GRANTING STIPULATED MOTION TO EXTEND
EXPERT DISCLOSURE AND DISCOVERY DEADLINES
[2:20-cv-00529] - 1

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015

3. The deadline for completion of discovery is August 16, 2021.

DATED this 12th day of May, 2021.

_____
David W. Christel
United States Magistrate Judge

Presented by:

MB LAW GROUP, LLP

By: s/ Michael A. Yoshida
    Michael A. Yoshida, WSBA No. 47581
    117 SW Taylor St., Suite 200
    Portland, OR 97204
    Telephone: 503-914-2015
    Email: myoshida@mblglaw.com
    Attorneys for Defendants PNS Stores, Inc.
    and Big Lots Stores, Inc.

ORDER GRANTING STIPULATED MOTION TO EXTEND
EXPERT DISCLOSURE AND DISCOVERY DEADLINES
[2:20-cv-00529] - 2

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone: 503-914-2015